UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DAVID PURYEAR, | No. 2:16-cv-1198-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the April 21, 2017 findings and recommendations .

Plaintiff's request (ECF No. 12) is granted and plaintiff has 30 days from the date this order is served to file his objections.

So ordered.

Dated: May 9, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE